UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES ROBERTS, JR., on behalf of himself and all others similarly situated, | ) ) ) | CASE NO.  5:19-cv-00110 |
| Plaintiff, | ) ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | **JOINT NOTICE OF FILING IMPORTANT NOTICE TO POTENTIAL CLASS MEMBERS AND CONSENT FORM** |
| JR ENGINEERING, INC. | ) ) | |
| Defendant. | ) ) | |

Pursuant to this Court's October 31, 2018 Order, the Parties hereby file their proposed Important Notice to Potential Class Members and Consent Form, attached hereto as Exhibit 1.

Respectfully submitted,

| | |
|---|---|
| /s/ Chastity L. Christy | /s/ Morris L. Hawk |
| Chastity L. Christy (0076977) | Nancy A. Noall (0010974) |
| Anthony J. Lazzaro (0077962) | Morris L. Hawk (0065495) |
| Lori M. Griffin (0085241) | Monica L. Frantz (0090878) |
| The Lazzaro Law Firm, LLC | Roetzel & Andress, LPA |
| The Heritage Building, Suite 250 | 1375 East Ninth Street |
| 34555 Chagrin Boulevard | Once Cleveland Center, 10th Floor |
| Moreland Hills, Ohio 44022 | Cleveland, Ohio 44114 |
| Phone: 216-696-5000 | Phone:  216-623-0150 |
| Facsimile: 216-696-7005 | Facsimile:  216-623-0134 |
| anthony@lazzarolawfirm.com | nnoall@ralaw.com |
| chastity@lazzarolawfirm.com | mhawk@ralaw.com |
| lori@lazzarolawfirm.com | mfrantz@ralaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

==Joint Notice of Filing Important Notice to Potential Class Members and Consent Form is approved.==
==*s/ Pamela A. Barker*==
==PAMELA A. BARKER==
==UNITED STATES==
==DISTRICT JUDGE==